AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JOAO CARLOS MARQUES DE ALMEIDA

**CRIMINAL COMPLAINT**

Case No. 3:21-mj-1434-JBT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 3, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Brazil and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about March 24, 2021,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Monica Peets

Sworn to before me and subscribed in my presence,

on September 13, 2021 at Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Monica Peets, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2011. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. Deportation Officer Manuel Vega advised your affiant that on September 4, 2021, he was notified that an individual identified as JOAO CARLOS MARQUES DE ALMEIDA had been booked into the Duval County jail on September 3, 2021, and had stated during the booking process that he was born in Brazil. An officer at the jail who had been deputized to perform the functions of a federal immigration officer ran immigration database checks for a citizen of Brazil named JOAO CARLOS MARQUES DE ALMEIDA and the database checks showed no record that a Brazilian citizen with that name had ever been legally admitted into the United States.

3. On the same date, the officer entered MARQUES DE ALMEIDA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that MARQUES DE ALMEIDA had been previously encountered and had been assigned an Alien Registration number ("A-number"). The officer then conducted additional database checks using the A-number and the records reflected that MARQUES DE ALMEIDA is a citizen of Brazil who has been previously deported or removed from the United States to Brazil. The officer lodged an ICE detainer against MARQUES DE ALMEIDA with the Duval County jail.

4. On September 5, 2021, the Duval County jail notified ICE Jacksonville that the local charges for MARQUES DE ALMEIDA were resolved and that he was ready to be picked up on the ICE detainer. On the same date, MARQUES DE ALMEIDA was administratively arrested and transported into ICE custody at the Baker County jail in Macclenny, Florida.

5. On September 7, 2021, your affiant reviewed the Alien Registration file ("A-file") for MARQUES DE ALMEIDA. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that MARQUES DE ALMEIDA is a citizen of Brazil who has been previously deported or removed from the United States to Brazil, on March 24, 2021,

from Atlanta, Georgia. The A-file contained no record that MARQUES DE ALMEIDA had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last removal.

6. On September 9, 2021, at approximately 9:15 a.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of MARQUES DE ALMEIDA.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that JOAO CARLOS MARQUES DE ALMEIDA is a citizen of Brazil who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Monica Peets, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida